IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:11CR25 |
| v. | ) | |
| SONYA AYALA-CARDENAS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's oral motion to extend her self-surrender date. Following a phone conference with counsel for the government and the defendant,

IT IS ORDERED that the defendant's oral motion is granted, and the defendant's self-surrender date is continued to **on or before January 18, 2012.**

DATED this 18th day of November, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge